KNIGHT & DE MICCO, INCORPORATED, Appellant, *v.* FREDERICK N. LEWIS, Respondent.

Reported below, 182 App. Div. 884.

(Submitted February 23, 1920; decided March 2, 1920.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 26, 1918, unanimously affirming a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the ground that the question involved had become academic.

*Edward M. Grout* for motion.

*Abram J. Rose* opposed.

Motion denied, with ten dollars costs.